# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0076. FRANCIS X. MOORE v. PREMIER PROFESSIONAL SERVICES, LLC.**

Francis X. Moore has filed an emergency motion for an extension of time to file an application for discretionary appeal from a Fannin County Superior Court order entered on February 18, 2025. The motion is hereby granted and Moore is given until March 6, 2025 to file his application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/26/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*